| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Sold | 08/21/18 | J | A | |
| 1226. - Hologic Incorporated Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1227. | | | | | Sold (part) | 02/09/18 | J | | |
| 1228. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1229. | | | | | Sold | 08/21/18 | J | | |
| 1230. - Host Hotels & Resorts Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1231. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1232. | | | | | Sold | 03/13/18 | J | | |
| 1233. - Humana Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1234. | | | | | Sold | 08/21/18 | J | A | |
| 1235. - Idexx Laboratories Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1236. | | | | | Sold | 08/21/18 | J | A | |
| 1237. - IHS Markit LTD Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1238. | | | | | Sold | 08/21/18 | J | A | |
| 1239. - Incyte Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1240. | | | | | Sold (part) | 02/09/18 | J | | |
| 1241. | | | | | Buy (add'l) | 03/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Sold (part) | 04/17/18 | J | | |
| 1243. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1244. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1245. | | | | | Sold (part) | 07/30/18 | J | | |
| 1246. | | | | | Sold | 08/21/18 | J | A | |
| 1247. - IQVIA Holdings Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1248. | | | | | Sold (part) | 02/09/18 | J | | |
| 1249. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1250. | | | | | Sold | 08/21/18 | J | A | |
| 1251. - Johnson Controls International Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1252. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1253. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1254. | | | | | Sold (part) | 04/17/18 | J | | |
| 1255. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1256. | | | | | Sold (part) | 06/25/18 | J | | |
| 1257. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1258. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. - Juniper Networks, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1260. | | | | | Sold | 02/02/18 | J | | |
| 1261. - Keycorp Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1262. | | | | | Sold | 08/21/18 | J | A | |
| 1263. - Kimberly Clark Corp Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1264. | | | | | Sold (part) | 02/09/18 | J | | |
| 1265. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1266. | | | | | Sold (part) | 05/22/18 | J | | |
| 1267. | | | | | Sold | 06/25/18 | J | | |
| 1268. - L3 Technologies Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1269. | | | | | Sold | 05/22/18 | J | | |
| 1270. - Laboratory Corporation of Amer Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1271. | | | | | Sold | 02/09/18 | J | | |
| 1272. - Las Vegas Sands Corp. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1273. | | | | | Sold | 08/21/18 | J | | |
| 1274. - Leucadia National Corp Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1275. | | | | | Sold | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. - Liberty Media Corporation Series C Liberty Siriusxm | | | | | Sold | 01/09/18 | J | | |
| 1277. - Live Nation Entertainment Inc Common | | | | | | | | | |
| 1278. - LKQ Corporation Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1279. | | | | | Sold | 04/17/18 | J | | |
| 1280. - Lyondellbasell Industries N.V. Common Class A | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1281. | | | | | Sold (part) | 04/17/18 | J | | |
| 1282. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1283. | | | | | Sold | 08/21/18 | J | A | |
| 1284. - M&T Bank Corporation Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1285. | | | | | Sold | 06/25/18 | J | | |
| 1286. - Macy's Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1287. | | | | | Sold | 08/21/18 | J | A | |
| 1288. - Mallinckrodt Public Limited Co Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1289. | | | | | Sold | 04/17/18 | J | | |
| 1290. - Masco Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1291. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1292. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Sold (part) | 05/22/18 | J | | |
| 1294. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1295. | | | | | Sold | 08/21/18 | J | | |
| 1296. - Michael Kors Holdings Limited Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1297. | | | | | Sold | 02/09/18 | J | | |
| 1298. - Microchip Technology Incorpora Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1299. | | | | | Sold (part) | 04/17/18 | J | | |
| 1300. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1301. | | | | | Sold | 08/21/18 | J | | |
| 1302. - Molson Coors Breweing Co Common Class B | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1303. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1304. | | | | | Sold (part) | 04/17/18 | J | | |
| 1305. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1306. | | | | | Sold | 08/21/18 | J | A | |
| 1307. - Monsanto Company Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1308. | | | | | Sold | 02/09/18 | J | A | |
| 1309. - Monster Beverage Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1311. | | | | | Sold (part) | 03/13/18 | J | | |
| 1312. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1313. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1314. | | | | | Sold (part) | 06/25/18 | J | | |
| 1315. | | | | | Sold | 08/21/18 | J | A | |
| 1316. - Motorola Solutions Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1317. | | | | | Sold | 08/21/18 | J | | |
| 1318. - NASDAQ Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1319. | | | | | Sold | 08/21/18 | J | A | |
| 1320. - NCR Corporation Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1321. | | | | | Sold | 05/22/18 | J | | |
| 1322. - Newmont Mining Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1323. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1324. | | | | | Sold (part) | 06/25/18 | J | | |
| 1325. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1326. | | | | | Sold | 08/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. - Nielsen Hldgs PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1328. | | | | | Sold (part) | 04/17/18 | J | | |
| 1329. | | | | | Sold | 08/21/18 | J | A | |
| 1330. - Nisource Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1331. | | | | | Sold | 03/13/18 | J | | |
| 1332. - Nordstrom Inc Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1333. | | | | | Sold | 08/21/18 | J | A | |
| 1334. - Norwegian Cruise Line Hldg Ltd Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1335. | | | | | Sold (part) | 04/17/18 | J | | |
| 1336. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1337. | | | | | Sold | 08/21/18 | J | A | |
| 1338. - NXP Semiconductors N.V. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1339. | | | | | Sold | 07/30/18 | J | | |
| 1340. - P G & E Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1341. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1342. | | | | | Sold (part) | 05/22/18 | J | | |
| 1343. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. - Parker-Hannifin Corp. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1345. | | | | | Sold (part) | 04/17/18 | J | | |
| 1346. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1347. | | | | | Sold | 06/25/18 | J | | |
| 1348. - Perkinelmer Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1349. | | | | | Sold | 04/17/18 | J | | |
| 1350. - Perrigo Co PLC Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1351. | | | | | Sold | 02/09/18 | J | | |
| 1352. - Praxair, Inc Common Series | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1353. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1354. | | | | | Sold | 08/21/18 | J | A | |
| 1355. - Priceline Group Inc/the common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1356. | | | | | Sold | 02/09/18 | J | | |
| 1357. - Progressive Corporation (THE) Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1358. | | | | | Sold | 08/21/18 | J | A | |
| 1359. - Public Storage Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1360. | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Sold | 03/13/18 | J | | |
| 1362. | | | | | Sold | 08/21/18 | J | A | |
| 1363. - Public-SVC Enterprise Group Holding Co | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1364. | | | | | Sold | 08/21/18 | J | A | |
| 1365. - PVH Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1366. | | | | | Sold | 08/21/18 | J | A | |
| 1367. - Qiagen N.V. Common | | | | | Sold | 02/05/18 | J | A | |
| 1368. - Quanta Services Inc Common | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1369. | | | | | Sold | 06/25/18 | J | | |
| 1370. - Red Hat, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1371. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1372. | | | | | Sold | 08/21/18 | J | A | |
| 1373. - Regency CTRS Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1374. | | | | | Sold | 08/21/18 | J | A | |
| 1375. - Republic Services Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1376. | | | | | Sold | 08/21/18 | J | A | |
| 1377. - Royal Caribbean Cruises Ltd ISIN: LR0008862868 | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1379. | | | | | Sold (part) | 04/17/18 | J | | |
| 1380. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1381. | | | | | Sold | 08/21/18 | J | A | |
| 1382. - Sealed Air Corporation Common | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1383. | | | | | Sold | 08/21/18 | J | | |
| 1384. - Seattle Genetics, Inc. Common | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1385. | | | | | Sold | 08/21/18 | J | A | |
| 1386. - Sempra Energy Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1387. | | | | | Sold | 05/22/18 | J | | |
| 1388. - Signet Jewelers Limited Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1389. | | | | | Sold | 08/21/18 | J | A | |
| 1390. - SL Green Realty Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1391. | | | | | Sold | 08/21/18 | J | A | |
| 1392. - Southern Copper Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1393. | | | | | Sold | 08/21/18 | J | | |
| 1394. - Stryker Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1396. | | | | | Sold | 08/21/18 | J | A | |
| 1397. - Symantec Corp Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1398. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1399. | | | | | Sold (part) | 04/17/18 | J | | |
| 1400. | | | | | Sold | 05/22/18 | J | | |
| 1401. - Sysco Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1402. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1403. | | | | | Sold (part) | 03/13/18 | J | | |
| 1404. | | | | | Sold | 08/21/18 | J | A | |
| 1405. - The Travelers Companies, Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1406. | | | | | Sold (part) | 05/22/18 | J | | |
| 1407. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1408. | | | | | Sold | 08/21/18 | J | | |
| 1409. - Thermo Fisher Scientific Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1410. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1411. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. - Tiffany & Co Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1413. | | | | | Sold | 08/21/18 | J | A | |
| 1414. - TJX Companies Inc (New) Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1415. | | | | | Sold (part) | 02/09/18 | J | | |
| 1416. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1417. | | | | | Sold | 08/21/18 | J | A | |
| 1418. - T-Mobile US, Inc. Common | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1419. | | | | | Sold | 08/21/18 | J | A | |
| 1420. - Total SYS SVC Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1421. | | | | | Sold | 08/21/18 | J | A | |
| 1422. - Tractor Supply Co Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1423. | | | | | Sold | 08/21/18 | J | A | |
| 1424. - Tripadvisor, Inc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1425. | | | | | Sold | 08/21/18 | J | A | |
| 1426. - Under Armour, Inc. Common Class A | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1427. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 1428. | | | | | Sold (part) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. | | | | | Sold (part) | 07/30/18 | J | | |
| 1430. | | | | | Sold | 08/21/18 | J | A | |
| 1431. - Under Armour, Inc. Common Class C | | | | | Buy (add'l) | 03/13/18 | J | | |
| 1432. | | | | | Sold (part) | 04/17/18 | J | | |
| 1433. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1434. - Varian Medical Systems Inc Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1435. | | | | | Sold | 08/21/18 | J | | |
| 1436. - Vornado Realty Trust Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1437. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1438. | | | | | Sold (part) | 04/17/18 | J | | |
| 1439. | | | | | Sold | 05/22/18 | J | | |
| 1440. - Waters Corporation Common Stock | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1441. | | | | | Sold | 08/21/18 | J | | |
| 1442. - WEC Energy Group, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1443. | | | | | Sold (part) | 05/22/18 | J | A | |
| 1444. | | | | | Sold | 08/21/18 | J | A | |
| 1445. - Western Union Company (THE) Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. | | | | | Sold | 08/21/18 | J | | |
| 1447. - Whirlpool Corp. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1448. | | | | | Sold (part) | 02/09/18 | J | | |
| 1449. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1450. | | | | | Sold | 06/25/18 | J | | |
| 1451. - Willis Towers Watson PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1452. | | | | | Sold (part) | 04/17/18 | J | | |
| 1453. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1454. | | | | | Sold | 06/25/18 | J | | |
| 1455. - Wyndham Worldwide Corp. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1456. | | | | | Sold | 04/17/18 | J | | |
| 1457. - XL Group Limited Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1458. | | | | | Sold | 08/21/18 | J | A | |
| 1459. - Booking Holdings Inc Common | | | | | Sold | 08/21/18 | J | A | |
| 1460. - Atmos Energy Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1461. | | | | | Sold | 08/21/18 | J | A | |
| 1462. - ANSYS, Inc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1463. | | | | | Sold | 08/21/18 | J | A | |
| 1464. - IAC/Interactivecorp Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1465. | | | | | Sold | 08/21/18 | J | A | |
| 1466. - CBS Corporation Common Class B | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1467. | | | | | Sold (part) | 02/09/18 | J | | |
| 1468. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 1469. | | | | | Sold | 04/17/18 | J | | |
| 1470. - Brown Forman Corp CL B Common Class B | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1471. | | | | | Sold (part) | 03/01/18 | J | A | |
| 1472. | | | | | Sold | 06/25/18 | J | | |
| 1473. - Tapestry, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1474. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1475. | | | | | Sold (part) | 05/22/18 | J | | |
| 1476. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1477. | | | | | Sold | 08/21/18 | J | A | |
| 1478. - Check Point Software Tech. LTD Ordinary Shares | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1479. | | | | | Sold | 05/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. - Resmed Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1481. | | | | | Sold | 08/21/18 | J | A | |
| 1482. - Synopsys Inc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1483. | | | | | Sold | 08/21/18 | J | A | |
| 1484. - Worldpay Inc Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1485. | | | | | Sold | 08/21/18 | J | A | |
| 1486. - PTC Inc Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1487. | | | | | Sold | 08/21/18 | J | A | |
| 1488. - American Campus Cmntys, Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1489. | | | | | Sold | 08/21/18 | J | A | |
| 1490. - UDR Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1491. | | | | | Sold | 08/21/18 | J | A | |
| 1492. - W.P. Carey Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1493. | | | | | Sold | 08/21/18 | J | A | |
| 1494. - DCT Industrial Trust Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1495. | | | | | Sold | 08/21/18 | J | A | |
| 1496. - Keysight Technologies, Inxc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | Sold | 08/21/18 | J | A | |
| 1498. - Zillow Group, Inc. Common Series C | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1499. | | | | | Sold | 08/21/18 | J | A | |
| 1500. | | | | | Sold | 08/21/18 | J | | |
| 1501. - Zillow Group Inc. Common Class A | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1502. | | | | | Sold | 08/21/18 | J | A | |
| 1503. - Liberty Properties Trust SBI Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1504. | | | | | Sold | 08/21/18 | J | A | |
| 1505. - Cadence Design Systems Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1506. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1507. | | | | | Sold (part) | 03/18/18 | J | | |
| 1508. | | | | | Sold | 08/21/18 | J | A | |
| 1509. - Trimble Inc Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1510. | | | | | Sold | 04/17/18 | J | | |
| 1511. - Yandex N.V. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1512. | | | | | Sold | 04/17/18 | J | | |
| 1513. - Pultegroup Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | Sold (part) | 02/09/18 | J | | |
| 1515. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1516. | | | | | Sold | 06/25/18 | J | | |
| 1517. - Dell Technologies Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1518. | | | | | Sold | 02/09/18 | J | | |
| 1519. - Duke Realty Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1520. | | | | | Sold | 02/09/18 | J | | |
| 1521. - Verisign, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1522. | | | | | Sold | 02/09/18 | J | | |
| 1523. - Align Technology, Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1524. | | | | | Sold | 02/09/18 | J | | |
| 1525. - Toll Brothers, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1526. | | | | | Sold (part) | 03/13/18 | J | | |
| 1527. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1528. | | | | | Sold | 06/25/18 | J | | |
| 1529. - Xerox Corporation Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1530. | | | | | Sold | 03/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. - Henry Schein Inc Common Stock | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1532. | | | | | Sold | 03/13/18 | J | | |
| 1533. - Mid-America APT Cmntys Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1534. | | | | | Sold | 03/13/18 | J | | |
| 1535. - Coca-Cola European Partners PL Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1536. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1537. - Liberty Media Corporation Series A Liberty Siriusxm | | | | | Sold | 01/09/18 | J | | |
| 1538. | | | | | Sold | 08/21/18 | J | A | |
| 1539. - Tupperware Brands Corporation Cmn | A | Dividend | | | Buy | 04/17/18 | J | | |
| 1540. | | | | | Sold | 06/25/18 | J | | |
| 1541. - Leggett & Platt, Incorporated Cmn | | | | | Buy | 04/17/18 | J | | |
| 1542. | | | | | Sold | 05/22/18 | J | | |
| 1543. - Bank of the Ozarks Cmn | A | Dividend | | | Buy | 04/17/18 | J | | |
| 1544. | | | | | Sold | 07/30/18 | J | | |
| 1545. - Edgewell Personal Care Cmn | | | | | Buy | 04/17/18 | J | | |
| 1546. | | | | | Sold | 05/22/18 | J | | |
| 1547. - Darden Resturants Inc Cmn | A | Dividend | | | Buy | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. | | | | | Sold (part) | 05/22/18 | J | | |
| 1549. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1550. | | | | | Sold | 08/21/18 | J | A | |
| 1551. - First Republic Bank Cmn Series | A | Dividend | | | Buy | 04/17/18 | J | | |
| 1552. | | | | | Sold | 08/21/18 | J | A | |
| 1553. - Nektar Theraputics Cmn | | | | | Buy | 04/17/18 | J | | |
| 1554. | | | | | Sold | 05/22/18 | J | | |
| 1555. - Albermarle Corp Cmn | A | Dividend | | | Buy | 04/17/18 | J | | |
| 1556. | | | | | Sold (part) | 06/25/18 | J | | |
| 1557. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1558. | | | | | Sold | 08/21/18 | J | A | |
| 1559. - Crown Holding Inc Cmn | | | | | Buy | 04/17/18 | J | | |
| 1560. | | | | | Sold | 05/22/18 | J | | |
| 1561. - Macquarie Infrastructure Corp Cmn | A | Dividend | | | Buy | 05/22/18 | J | | |
| 1562. | | | | | Sold | 08/21/18 | J | A | |
| 1563. - Donaldson Co Inc Cmn | A | Dividend | | | Buy | 05/22/18 | J | | |
| 1564. | | | | | Sold | 07/30/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. - SeniorHousing Properties TR Cmn | A | Dividend | | | Buy | 05/22/18 | J | | |
| 1566. | | | | | Sold | 08/21/18 | J | A | |
| 1567. - Toro Co (DELAWARE) Cmn | A | Dividend | | | Buy | 05/22/18 | J | | |
| 1568. | | | | | Sold | 07/30/18 | J | | |
| 1569. - Twitter, Inc. Cmn | | | | | Buy | 06/11/18 | J | | |
| 1570. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1571. | | | | | Sold | 07/30/18 | J | | |
| 1572. - Perspecta Inc. Cmn | A | Dividend | | | Sold | 06/25/18 | J | | |
| 1573. - Owens Corning Cmn | A | Dividend | | | Buy | 06/25/18 | J | | |
| 1574. | | | | | Sold | 08/21/18 | J | | |
| 1575. - Mettler-Toledo Intl Cmn | | | | | Buy | 06/25/18 | J | | |
| 1576. | | | | | Sold | 08/21/18 | J | | |
| 1577. - Apergy Corp Cmn | | | | | Sold | 07/30/18 | J | | |
| 1578. - Cypress Semiconductor Corporat Cmn | | | | | Buy | 07/30/18 | J | | |
| 1579. | | | | | Sold | 08/21/18 | J | | |
| 1580. - Teradyne Inc Cmn | | | | | Buy | 07/30/18 | J | | |
| 1581. | | | | | Sold | 08/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. - MKS Instruments Inc Cmn | | | | | Buy | 07/30/18 | J | | |
| 1583. | | | | | Sold | 08/21/18 | J | | |
| 1584. - Packaging Corp of Ameica Common Stock | | | | | Buy | 07/30/18 | J | | |
| 1585. | | | | | Sold | 08/21/18 | J | A | |
| 1586. - Nvent Electric Public Limited Company | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 1587. Investment Account #2 (H) | | | | | | | | | |
| 1588. Vanguard Inst Target Retirement 2040 Fund | C | Dividend | M | T | | | | | |
| 1589. Investment Account #3 (H) | | | | | | | | | |
| 1590. Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 1591. Trust #5 (H) | | | | | | | | | |
| 1592. - IShares MSCI EAFE ETF | D | Dividend | N | T | Sold (part) | 01/25/18 | L | D | |
| 1593. | | | | | Sold (part) | 03/01/18 | N | E | |
| 1594. | | | | | Sold (part) | 04/25/18 | M | E | |
| 1595. - SPDR S&P 500 ETF Trust | D | Dividend | O | T | | | | | |
| 1596. - GS Strategic Factor Allocation Fund Institutional | | | | | Sold | 08/14/18 | N | B | |
| 1597. - IShares MSCI Europe Financials ETF | D | Dividend | | | Sold (part) | 03/02/18 | L | B | |
| 1598. | | | | | Buy (add'l) | 09/18/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Sold | 12/19/18 | M | | |
| 1600. - IShares Russell 2000 ETF | C | Dividend | N | T | | | | | |
| 1601. - GS High Yield Municipal Fund Institutional Shares | D | Dividend | N | T | Buy (add'l) | 01/08/18 | L | | |
| 1602. - Vanguard FTSE European ETF | C | Dividend | M | T | Sold (part) | 03/02/18 | K | D | |
| 1603. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 1604. - JP Morgan Chase & Co. LNKD to SPDR S&P Oil & Gas EXP CNTNGNT CPN W B | | | L | T | | | | | |
| 1605. - JPMorgan Chase & Co. Linked to S&P GSCI Due 9/25/19 | | | K | T | Buy | 08/21/18 | K | | |
| 1606. - JP Morgan Chase & Co. Lnkd to S&P Banks Select Indus CNTNGNT CPN w/ | | | | | Matured | 02/21/18 | K | B | |
| 1607. - Societe Generale Linked to Euro Stoxx 50 PR Autocallable W Buffer St | | | L | T | | | | | |
| 1608. - Societe Generale Linked to SPGCCLP 3/26/2019 | | | K | T | | | | | |
| 1609. - Societe Generale Linked to SPGCCLP 7/24/2019 | | | K | T | | | | | |
| 1610. - Societe Generale Lnkd to S&P Banks Select Indus CNTNGNT CPN w Buffer | | | | | Matured | 02/21/18 | K | C | |
| 1611. - BNP Paribas Linked to Euro Stoxx 50 PR CNTNGNT CPN w Buffer Structu | | | | | Matured | 04/19/18 | L | D | |
| 1612. - BNP Paribas Linked to S&P 500 Index CNTNGNT CPN due 6/19/19 | | | L | T | Buy | 04/17/18 | L | | |
| 1613. - NBCLinked to MXEA Upside Levrd Capped | | | K | T | Buy | 03/25/18 | K | | |
| 1614. - UBS AG Linked to Euro Stoxx 50 PR CNTNGNT CPN W Buffer Structured No | | | L | T | | | | | |
| 1615. - Toronto Dominion Bank Linked to Euro Stoxx 50 PR Due 8/20/19 | | | L | T | Buy | 04/16/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. - Toronto Dominion Bank Linked to GSCBSX72 CNTNGNT CPN w Buffer Struct | | | | | Matured | 10/19/18 | K | | |
| 1617. - Wells Fargo & Company Lnkd to S&P Banks Select Indus CNTNGNT CPN W B | | | | | Matured | 04/18/18 | L | D | |
| 1618. - HSBC USA Inc. Linked to S&P 500 Index CNTNGNT CPN w Buffer Structure | | | | | Matured | 08/24/18 | L | C | |
| 1619. - Citigroup Inc. Linked to MSCI Europe CNTNGNT CPN w Buffer Structured | | | | | Matured | 07/26/18 | L | C | |
| 1620. - HSBC USA Inc. Linked to Euro Stoxx 50 PR CNTNGNT CPN w Buffer Struct | | | | | Matured | 04/16/18 | K | D | |
| 1621. - Morgan Stanley Finance LLC Lnkd to S&P Banks Select Indus CNTNGNT CP | | | | | Sold | 11/06/18 | K | C | |
| 1622. - Citigroup Inc. Lnkd to Financial Select Secto CNTNGNT CPN w Buffer S | | | | | Matured | 08/28/18 | K | B | |
| 1623. - Citigroup Inc. Lnkd to Energy Select Sector S CNTNGNT CPN w Buffer S | | | | | Matured | 08/28/18 | K | B | |
| 1624. - Morgan Stanley Finance LLC Linked to S&P 500 Index CNTNGNT CPN w Bu | | | | | Matured | 09/25/18 | K | B | |
| 1625. - GS High Yield Floating Rate Fund Institutional Shares | D | Dividend | | | Buy | 03/13/18 | N | | |
| 1626. | | | | | Sold (part) | 03/16/18 | M | | |
| 1627. | | | | | Sold | 12/19/18 | M | | |
| 1628. - GS Short Duration Tax Free Fund Class P | A | Dividend | M | T | Buy | 12/19/18 | M | | |
| 1629. - Vanguard World FDS Vanguard Consumer Staples | D | Dividend | | | Buy | 08/16/18 | N | | |
| 1630. | | | | | Sold | 12/19/18 | N | | |
| 1631. - Amex Consumers Staples Select Fund 'SPDR' | C | Dividend | O | T | Buy | 12/19/18 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1632. Trust #6 (H) | | | | | | | | | |
| 1633. - GS High Yield Floating Rate Fund Institutional Shares | D | Dividend | | | Sold (part) | 01/04/18 | J | | |
| 1634. | | | | | Buy (add'l) | 04/30/18 | N | | |
| 1635. | | | | | Sold | 10/26/18 | N | | |
| 1636. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 1637. - Vanguard FTSE Developed Mkts Common ETF | C | Dividend | | | Sold | 12/19/18 | M | | |
| 1638. - Vanguard FTSE European ETF ETF | C | Dividend | L | T | | | | | |
| 1639. - Wells Fargo & Company Lnkd to S&P Banks Select Indus 4/18/2018 | | | | | Matured | 04/18/18 | M | E | |
| 1640. - Morgan Stanley Finance LLC Lnkd to S&P Banks Select Indus 11/13/2018 | | | | | Sold | 11/06/18 | L | D | |
| 1641. - HSBC USA Inc. to S&P 500 Index Cntngnt CPN 10/23/2018 | | | | | Matured | 10/23/18 | L | D | |
| 1642. - BNP Paribas Linked to S&P 500 Index Upside 9/27/2018 | | | | | Matured | 09/27/18 | L | D | |
| 1643. - HSBC USA Inc. Lnkd to S&P 500 Index Cntngnt Cpn due 8/24/2018 | | | | | Matured | 08/24/18 | L | D | |
| 1644. - Barclays Bank PLC Lnkd to MSCI Europe Due 9/18/2018 | | | | | Matured | 09/18/18 | L | D | |
| 1645. - Societe Generale Lnkd to Euro Stoxx 50 PR Autocallable 10/22/2020 | | | L | T | | | | | |
| 1646. - Morgan Stanley Finance LLC Linked to MSCI Europe Due 11/16/2018 | | | | | Matured | 11/16/18 | L | | |
| 1647. - Soceiete Generale Linked to SPGCCLP Cntngnt CPN Due 3/26/2019 | | | L | T | | | | | |
| 1648. - Societe Generale Linked to SPGCCLP Cntgnt CPN Due 7/24/2019 | | | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1649. - Toronto Dominion Bank Linked to GSCBX72 Due 10/19/2018 | | | | | Matured | 10/19/18 | L | | |
| 1650. - Citigroup Inc. Linked to MSCI Europe Cntngnt CPN Due 7/26/2018 | | | | | Matured | 07/26/18 | L | C | |
| 1651. - BNP Paribas Linked to Euro Stoxx 50 PR Cntgnt Due 4/19/2018 | | | | | Matured | 04/19/18 | L | D | |
| 1652. - UBS AS Linked to XOP Autocallable w Buffer Due 10/22/2020 | | | | | Matured | 11/23/18 | L | D | |
| 1653. - HSBC USA Inc. Linked to Euro Stoxx 50 PR Due 4/16/2018 | | | | | Matured | 04/16/18 | L | D | |
| 1654. - UBS AG Linked to Euro Stoxx 50 PR Cntgnt Due 4/15/2019 | | | K | T | | | | | |
| 1655. - GS Finance Corp. Linked to a Basket of Indices | | | | | Sold | 03/28/18 | L | | |
| 1656. - Amex Consumer Staples Select Fund 'SPDR' | B | Dividend | M | T | Buy | 12/19/18 | N | | |
| 1657. - GS Short Duration Tax Free Fund Class P | A | Dividend | N | T | Buy | 10/26/18 | N | | |
| 1658. - BNP Paribas Linked to S&P 500 Index Due 6/19/2019 | | | M | T | Buy | 04/17/18 | L | | |
| 1659. - Canadian Imperial Bank of Comm Lnkd to SPDR S&P Oil&Gas Due 6/16/20 | | | L | T | Buy | 12/12/18 | L | | |
| 1660. - JPMorgan Chase & Co Linked to Basket of Indices Upside Due 5/11/2020 | | | K | T | Buy | 11/05/18 | K | | |
| 1661. - JPMorgan Chase & Co Linked to Euro Stoxx 50 PR Updise Due 5/21/2020 | | | L | T | Buy | 11/19/18 | L | | |
| 1662. - JPMorgan Chase & Co Linked to S&P GSCI Industrial Due 9/25/2019 | | | L | T | Buy | 08/21/18 | L | | |
| 1663. - NBC Linked to SX7E Auocal Structured Due 7/21 | | | K | T | | | | | |
| 1664. - Toronto Dominion Bank Linked to Euro Stox 50 PR Due 8/20/2019 | | | L | T | Buy | 04/16/18 | L | | |
| 1665. - Toronto Dominion Bank Linked to S&P Banks Select Indus Due 2/11/2020 | | | L | T | Buy | 11/07/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1666. - UBS AG Linked to NASDAQ 100 Stock Due 1/29/2020 | | | L | T | Buy | 10/18/18 | L | | |
| 1667. - The Financial Select Sector SPDR Fund | A | Dividend | | | Buy | 09/18/18 | L | | |
| 1668. | | | | | Sold | 12/19/18 | L | | |
| 1669. - National Bank of Canada-New YO Linked to Euro Stoxx Banks PR | | | | | Buy | 07/19/18 | K | | |
| 1670. - Societe Generale Linked To ESTX Banks Eur PR | | | L | T | Buy | 10/16/18 | L | | |
| 1671. Investment Partnership (33% interest) (H) | | | | | | | | | |
| 1672. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | P1 | T | | | | | |
| 1673. - Apple Inc. Common | A | Dividend | | | Sold | 08/13/18 | L | E | |
| 1674. - Berkshire Hathaway Inc. Common | | | | | Sold | 08/13/18 | K | C | |
| 1675. - Microsoft Corporation Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1676. | | | | | Sold | 08/13/18 | J | E | |
| 1677. - Johnson & Johnson Common | A | Dividend | | | Sold | 08/13/18 | K | D | |
| 1678. - Facebook, Inc. Common Class A | | None | | | Sold (part) | 03/27/18 | J | A | |
| 1679. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1680. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1681. | | | | | Sold | 08/13/18 | K | D | |
| 1682. - Wells Fargo & Co. (New) Common | A | Dividend | | | Sold (part) | 03/27/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1683. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1684. | | | | | Sold | 08/13/18 | J | A | |
| 1685. - Exxon Mobil Corporation Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1686. | | | | | Sold (part) | 04/05/18 | J | | |
| 1687. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 1688. | | | | | Sold | 08/13/18 | K | A | |
| 1689. - Coca-Cola Company (The) Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1690. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1691. | | | | | Sold (part) | 05/01/18 | J | A | |
| 1692. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1693. | | | | | Sold | 08/13/18 | J | A | |
| 1694. - American Intl. Group, Inc. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1695. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1696. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1697. | | | | | Sold (part) | 08/10/18 | J | | |
| 1698. | | | | | Sold | 08/13/18 | J | B | |
| 1699. - Alphabet Inc. Common Class A | | | | | Sold | 03/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1700. | | | | | Sold | 08/13/18 | K | E | |
| 1701. - Cisco Systems, Inc. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1702. | | | | | Sold (part) | 04/05/18 | J | B | |
| 1703. | | | | | Sold | 08/13/18 | J | D | |
| 1704. - Verizon Communications, Inc. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1705. | | | | | Sold | 04/05/18 | J | A | |
| 1706. | | | | | Sold | 08/13/18 | J | B | |
| 1707. - Kroger Company Common | A | Dividend | | | Sold | 08/13/18 | K | C | |
| 1708. - Intel Corporation Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1709. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1710. | | | | | Sold | 08/13/18 | J | C | |
| 1711. - Alphabet Inc. Common Class C | | | | | Sold (part) | 03/27/18 | J | A | |
| 1712. | | | | | Sold | 08/13/18 | J | E | |
| 1713. - AT&T Inc. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1714. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1715. | | | | | Sold (part) | 06/05/18 | J | | |
| 1716. | | | | | Buy (add'l) | 08/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 105 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1717. | | | | | Sold | 08/13/18 | K | | |
| 1718. - Mastercard Incorporated Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1719. | | | | | Sold (part) | 05/01/18 | J | A | |
| 1720. | | | | | Sold (part) | 06/05/18 | J | A | |
| 1721. | | | | | Sold | 08/13/18 | K | D | |
| 1722. - Medtronic Public Limited Company Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1723. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1724. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1725. | | | | | Sold | 08/13/18 | J | B | |
| 1726. - Amazon.Com Inc. Common | | | | | Sold | 08/13/18 | J | E | |
| 1727. - Pepsico, Inc. Common | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 1728. | | | | | Sold | 08/13/18 | K | C | |
| 1729. - UnitedHealth Group Incorporate Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1730. - JPMorgan Chase & Co. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1731. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1732. | | | | | Sold | 08/13/18 | J | D | |
| 1733. - Electronic Arts Common | | | | | Sold (part) | 06/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1734. | | | | | Sold | 08/13/18 | J | D | |
| 1735. - Visa Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1736. - Amgen Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1737. - Microchip Technology Incorporated Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1738. | | | | | Sold (part) | 06/05/18 | J | A | |
| 1739. | | | | | Sold | 08/13/18 | J | D | |
| 1740. - American Express Co. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1741. - Pfizer Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1742. - Duke Energy Corporation Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1743. | | | | | Sold (part) | 04/05/18 | J | | |
| 1744. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1745. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 1746. | | | | | Sold | 08/13/18 | J | A | |
| 1747. - Procter & Gamble Company (The) Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1748. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1749. | | | | | Sold (part) | 06/05/18 | J | | |
| 1750. | | | | | Buy (add'l) | 08/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1751. | | | | | Sold | 08/13/18 | J | A | |
| 1752. - Express Scripts Holding Company Common | | | | | Sold (part) | 03/27/18 | J | A | |
| 1753. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1754. | | | | | Sold | 08/13/18 | J | B | |
| 1755. - TE Connectivity Ltd. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1756. - Dollar Tree Stores, Inc. Common | | | | | Sold | 08/13/18 | J | C | |
| 1757. - TD Ameritrade Holding Corp. Common | A | Dividend | | | Sold (part) | 06/05/18 | J | A | |
| 1758. | | | | | Sold | 08/13/18 | J | D | |
| 1759. - Honeywell Intl. Inc. Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1760. | | | | | Sold | 08/13/18 | J | C | |
| 1761. - Starbucks Corp. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1762. - The Travelers Companies, Inc. Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1763. | | | | | Sold | 08/13/18 | J | C | |
| 1764. - Occidental Petroleum Corp. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1765. - Marketaxess Holdings Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1766. - Comcast Corporation Common Class A Voting | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 1767. | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 108 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1768. | | | | | Sold (part) | 06/05/18 | J | | |
| 1769. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 1770. | | | | | Sold | 08/13/18 | J | A | |
| 1771. - Anthem, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1772. - Molson Coors Brewing Co. Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1773. | | | | | Sold (part) | 03/27/18 | J | | |
| 1774. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1775. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1776. | | | | | Sold (part) | 08/10/18 | J | | |
| 1777. | | | | | Sold | 08/13/18 | J | A | |
| 1778. - PNC Financial Services Group Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1779. - Lear Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1780. - General Dynamics Corp. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1781. - DowDupont Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1782. - Bristol-Myers Squibb Company Common | A | Dividend | | | Sold (part) | 05/01/18 | J | A | |
| 1783. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1784. | | | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1785. - The Kraft Heinz Co. Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 1786. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1787. | | | | | Sold (part) | 08/10/18 | J | | |
| 1788. | | | | | Sold | 08/13/18 | J | A | |
| 1789. - Time Warner Inc. Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 1790. | | | | | Sold | 04/05/18 | J | | |
| 1791. - Walmart Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1792. - Allstate Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1793. - 3M Company Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1794. | | | | | Sold | 08/13/18 | J | A | |
| 1795. - Paycom Software Inc. Common | | | | | Sold | 08/13/18 | J | D | |
| 1796. - J.M. Smucker Company (The) Common | A | Dividend | | | Sold (part) | 06/05/18 | J | A | |
| 1797. | | | | | Sold | 08/13/18 | J | A | |
| 1798. - Kimco Realty Corporation Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1799. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1800. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 1801. | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 110 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1802. | | | | | Sold | 08/13/18 | J | A | |
| 1803. - Huntington Ingalls Industries Common | A | Dividend | | | Sold (part) | 08/13/18 | J | | |
| 1804. | | | | | Sold | 08/13/18 | J | D | |
| 1805. - Celgene Corporation Common | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1806. | | | | | Sold (part) | 06/05/18 | J | | |
| 1807. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 1808. | | | | | Sold | 08/13/18 | J | C | |
| 1809. - American Electric Power Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1810. - The Home Depot, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1811. - Alliance Data Systems Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1812. - Chevron Corporation Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 1813. | | | | | Sold | 08/13/18 | J | B | |
| 1814. - Macerich Company Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1815. | | | | | Sold | 04/05/18 | J | A | |
| 1816. - Raytheon Company Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1817. - Costco Wholesale Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1818. - Danaher Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1819. - Carmax, Inc. Common | | | | | Sold | 08/13/18 | J | C | |
| 1820. - Everest RE Group Ltd. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1821. - Boeing Company Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1822. - Huntington Bancshares Incorporated Common | A | Dividend | | | Sold | 08/13/18 | J | D | |
| 1823. - IBM Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1824. - Amerisourcebergen Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1825. - Dominion Energy Inc. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1826. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1827. | | | | | Sold | 08/13/18 | J | B | |
| 1828. - LKQ Corporation Common | | | | | Sold (part) | 05/01/18 | J | A | |
| 1829. | | | | | Sold | 08/13/18 | J | B | |
| 1830. - Mylan NV Common | | | | | Sold | 08/13/18 | J | A | |
| 1831. - United Parcel Service, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1832. - Omnicom Group Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1833. - Abbott Laboratories Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1834. - Manpower Group Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1835. - Tractor Supply Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1836. | | | | | Sold | 08/13/18 | J | B | |
| 1837. - Allergan PLC Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1838. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1839. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 1840. | | | | | Sold (part) | 05/01/18 | J | | |
| 1841. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1842. | | | | | Sold | 08/13/18 | K | C | |
| 1843. - Gilead Sciences Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1844. | | | | | Sold | 08/13/18 | J | A | |
| 1845. - Citigroup Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1846. - Abbvie Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1847. - The Southern Co. Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1848. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1849. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1850. | | | | | Sold | 08/13/18 | J | A | |
| 1851. - Union Pacific Corp. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1852. - Estee Lauder Cos. Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Richardson, Julius N.**

Date of Report: 05/14/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1853. - Leidos Holdings Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1854. - General Electric Co. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1855. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1856. | | | | | Sold (part) | 05/01/18 | J | | |
| 1857. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1858. | | | | | Sold (part) | 08/10/18 | J | | |
| 1859. | | | | | Sold | 08/13/18 | J | | |
| 1860. - Walt Disney Company (The) Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1861. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1862. | | | | | Sold (part) | 05/01/18 | J | | |
| 1863. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1864. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1865. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 1866. | | | | | Sold | 08/13/18 | J | B | |
| 1867. - Global Payments Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1868. - Lockheed Martin Corporation Comm | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1869. | | | | | Sold (part) | 04/05/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1870. | | | | | Sold | 08/13/18 | J | A | |
| 1871. - Schlumberger Ltd. Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1872. | | | | | Sold | 08/13/18 | J | A | |
| 1873. - Exelon Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1874. - Valero Energy Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1875. - Kellogg Company Common | A | Dividend | | | Sold | 05/01/18 | J | | |
| 1876. - Goldman Sachs Bank USA Deposit (BDA) | | | J | T | | | | | |
| 1877. - Cerner Corporation Common | | | | | Sold | 08/13/18 | J | B | |
| 1878. - Oracle Corporation Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 1879. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1880. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1881. | | | | | Sold | 08/13/18 | J | A | |
| 1882. - Chubb Ltd. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1883. | | | | | Sold (part) | 03/27/18 | J | | |
| 1884. | | | | | Sold | 08/13/18 | J | B | |
| 1885. - Paypal Holdings, Inc. Common | | | | | Sold | 08/13/18 | J | C | |
| 1886. - DTE Energy Company Common | A | Dividend | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1887. - Stryker Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1888. - Centerpoint Energy, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1889. - Consolidated Edison Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1890. - Cincinnati Financial Crp. Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1891. | | | | | Sold | 03/27/18 | J | | |
| 1892. - Extra Space Storage Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1893. - Stanley Black & Decker Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1894. - Scana Corp. Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1895. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1896. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 1897. | | | | | Sold (part) | 05/01/18 | J | | |
| 1898. | | | | | Sold | 06/05/18 | J | | |
| 1899. - Cardinal Health, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1900. - Thor Industries Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1901. - Illinois Tool Works Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1902. - Akamai Technologies, Inc. Common | | None | | | Sold | 08/13/18 | J | A | |
| 1903. - Masco Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1904. - Korn/Ferry International Common | A | Dividend | | | Sold | 08/13/18 | J | C | |
| 1905. - Prologis Inc Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1906. - Tyson Foods Inc Cl-A Common Class A | A | Dividend | | | Sold (part) | 08/10/18 | J | A | |
| 1907. | | | | | Sold | 08/13/18 | J | A | |
| 1908. - CVS Health Corp Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1909. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1910. | | | | | Sold | 08/13/18 | J | A | |
| 1911. - Ultimate Software Group Inc Common | | | | | Sold | 08/13/18 | J | C | |
| 1912. - Torchmark Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1913. - Eaton Corporation PLC Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1914. - Mettler-Toledo Intl Common | | | | | Sold | 08/13/18 | J | B | |
| 1915. - State Street Corporation | A | Dividend | | | Sold (part) | 03/27/18 | J | B | |
| 1916. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1917. | | | | | Sold | 08/13/18 | J | A | |
| 1918. - GGP Inc Common | A | Dividend | | | Sold (part) | 03/27/18 | J | | |
| 1919. | | | | | Sold | 04/05/18 | J | A | |
| 1920. - PPL Corporation Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1921. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1922. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 1923. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1924. | | | | | Sold (part) | 06/05/18 | J | | |
| 1925. | | | | | Sold | 08/13/18 | J | A | |
| 1926. - Public-SVC Enterprise Group Holding CO | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1927. - Macy's Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1928. - Salesforce.com, Inc Common | | | | | Sold | 08/13/18 | J | C | |
| 1929. - Hormel Foods Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1930. - Equifax Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1931. - Broadcom Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1932. - CSX Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1933. - Fifth Third Bancorp Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1934. - Monster Beverage Corporation Common | | | | | Sold | 06/05/18 | J | A | |
| 1935. - Centurylink Inc Common | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 1936. | | | | | Sold | 08/13/18 | J | B | |
| 1937. - Ebay Inc Common | | | | | Sold (part) | 04/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1938. | | | | | Sold | 08/13/18 | J | A | |
| 1939. - Fedex Corp Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1940. - Discovery Inc Common | | | | | Sold (part) | 03/27/18 | J | A | |
| 1941. | | | | | Sold (part) | 08/13/18 | J | A | |
| 1942. | | | | | Sold | 08/13/18 | J | A | |
| 1943. - W.W. Grainger Inc Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1944. - Discovery Inc - A Common Series A | | | | | Sold | 08/13/18 | J | A | |
| 1945. - Biogen Inc. Common | | | | | Sold | 08/13/18 | J | B | |
| 1946. - McDonalds Corp Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1947. - McKesson Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1948. - Norfolk Southern Corp Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1949. - Perrigo Co PLC Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1950. | | | | | Sold | 08/10/18 | J | A | |
| 1951. - Lowes Companies Inc Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1952. | | | | | Sold | 04/05/18 | J | A | |
| 1953. - P G & E Corporation Common | | | | | Buy (add'l) | 02/05/18 | J | | |
| 1954. | | | | | Buy (add'l) | 03/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1955. | | | | | Sold (part) | 05/01/18 | J | | |
| 1956. | | | | | Sold (part) | 06/05/18 | J | | |
| 1957. | | | | | Sold | 08/13/18 | J | A | |
| 1958. - Sempra Energy Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1959. - Aetna Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1960. - Nextera Energy, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1961. - Humana Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1962. - Northrop Grumman Corp Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1963. - Phillips 66 Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1964. - The Progressive Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 1965. - Crown Castle Intl Corp Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1966. - Freeport-McMoran Inc Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1967. - Mondelez International, Inc. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1968. | | | | | Sold (part) | 03/27/18 | J | | |
| 1969. | | | | | Sold (part) | 04/05/18 | J | A | |
| 1970. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1971. | | | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1972. - Southwest Airlines Co Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1973. - Qualcomm Inc Common | A | Dividend | | | Sold (part) | 02/05/18 | J | | |
| 1974. | | | | | Sold | 03/27/18 | J | | |
| 1975. - Paylocity Holding Corporation Common | | | | | Sold | 08/13/18 | J | A | |
| 1976. - Charter Communications, Inc. Common | | | | | Buy (add'l) | 06/05/18 | J | | |
| 1977. | | | | | Sold | 08/13/18 | J | A | |
| 1978. - Eli Lilly & Co Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1979. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1980. | | | | | Sold | 08/13/18 | J | A | |
| 1981. - Intl.Flavors & Fragrance Common | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 1982. - Advance Auto Parts, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1983. - Eversource Energy Common | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 1984. | | | | | Sold | 06/05/18 | J | A | |
| 1985. - Newell Brands Inc Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 1986. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 1987. | | | | | Sold (part) | 08/10/18 | J | | |
| 1988. | | | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1989. - Ventas, Inc. Common | A | Dividend | | | Sold (part) | 02/05/18 | J | A | |
| 1990. | | | | | Sold | 03/27/18 | J | | |
| 1991. - International Paper Co. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1992. - Adobe Systems Inc Common | | | | | Sold | 08/13/18 | J | B | |
| 1993. - Brunswick Corp. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1994. - Newmont Mining Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1995. - Carnival Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 1996. - Walgreens Boots Alliance, Inc. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 1997. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 1998. | | | | | Sold (part) | 05/01/18 | J | | |
| 1999. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 2000. | | | | | Sold | 08/13/18 | J | A | |
| 2001. - Chipotle Mexican Grill, Inc. Common | | | | | Sold (part) | 02/05/18 | J | A | |
| 2002. | | | | | Sold | 08/13/18 | J | A | |
| 2003. - The Hershey Company Common | A | Dividend | | | Sold | 03/27/18 | J | A | |
| 2004. - Flex LTD. Common | | | | | Sold | 08/13/18 | J | A | |
| 2005. - Synchrony Financial Common | A | Dividend | | | Sold | 03/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2006. - Air Products & Chemicals Inc Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2007. - Target Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2008. - Nucor Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2009. - Campbell Soup Co Common | A | Dividend | | | Sold | 02/05/18 | J | | |
| 2010. - Church & Dwight Co., Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2011. - Boston Scientific Corp. Common Stock | | | | | Sold | 08/13/18 | J | A | |
| 2012. - Antero Resources Corporation Common | | | | | Sold (part) | 06/05/18 | J | A | |
| 2013. | | | | | Sold | 08/10/18 | J | A | |
| 2014. - Arrow Electronics Inc. Common | | | | | Sold | 08/13/18 | J | A | |
| 2015. - H & R Block Inc. Common | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 2016. | | | | | Sold | 04/05/18 | J | A | |
| 2017. - Altria Group, Inc. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 2018. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 2019. | | | | | Sold (part) | 06/05/18 | J | | |
| 2020. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 2021. | | | | | Sold | 08/13/18 | J | | |
| 2022. - Librty Intractve Corp QVC Grp Interactive Common Class A | | | | | Sold (part) | 03/27/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2023. | | | | | Sold | 04/05/18 | J | A | |
| 2024. - Archer-Daniels-Midland Company Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2025. - Coty, Inc. Common Class A | A | Dividend | | | Sold | 06/05/18 | J | | |
| 2026. - United Technologies Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2027. - Entergy Corporation Common | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 2028. - Accenture PLC Common | | | | | Sold | 03/27/18 | J | A | |
| 2029. - Fortive Corporation Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2030. - Baxter International Inc Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2031. - Nielsen Hldgs PLC Common | | | | | Sold | 02/05/18 | J | | |
| 2032. - Zimmer Biomet Holdings Inc | A | Dividend | | | Buy (add'l) | 05/01/18 | J | | |
| 2033. | | | | | Sold (part) | 06/05/18 | J | | |
| 2034. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 2035. | | | | | Sold | 08/13/18 | J | A | |
| 2036. - Avalonbay Communities Inc Common | A | Dividend | | | Sold | 02/05/18 | J | | |
| 2037. - Topbuild Corp Common | | | | | Sold | 08/13/18 | J | A | |
| 2038. - On Semiconductor Corporation Common | | | | | Sold | 08/13/18 | J | A | |
| 2039. - Merck & Co., Inc. Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2040. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 2041. | | | | | Sold | 08/13/18 | J | B | |
| 2042. - Xcel Energy Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2043. - Deere & Company Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2044. - The Williams Companies, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2045. - Alcoa Corporation Common | | | | | Sold | 08/13/18 | J | A | |
| 2046. - Republic Services Inc Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2047. - Brown Forman Corp CL A Common Class A | A | Dividend | | | Sold (part) | 03/27/18 | J | A | |
| 2048. | | | | | Sold | 08/13/18 | J | A | |
| 2049. - MDU Resources Group Inc Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2050. - Edwards Lifesciences Corp Common | | | | | Sold | 08/13/18 | J | A | |
| 2051. - Anadarko Petroleim Corp Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2052. - Weyerhaeuser Company Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2053. - Texas Instruments Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2054. - Halliburton Company Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2055. - Devon Energy Corporation (NEW) Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2056. - Under Armour, Inc. Common Class A | | | | | Sold | 08/13/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2057. - Under Armour, Inc. Common Class C | | | | | Sold | 08/13/18 | J | A | |
| 2058. - Lamb Weston Holdings, Inc. Common | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 2059. - DXC Technology Company Common | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 2060. - Versum Materials, Inc. Common | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 2061. - Advansix Inc Common | | | | | Sold | 08/13/18 | J | A | |
| 2062. - Dentsply Sirona Inc Common | | | | | Buy (add'l) | 05/01/18 | J | | |
| 2063. | | | | | Sold (part) | 06/05/18 | J | | |
| 2064. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 2065. | | | | | Sold | 08/13/18 | J | | |
| 2066. - Intl Business Machines Corp Common | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 2067. | | | | | Sold (part) | 05/01/18 | J | | |
| 2068. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 2069. | | | | | Sold (part) | 08/10/18 | J | | |
| 2070. | | | | | Sold | 08/13/18 | J | A | |
| 2071. - Nike Class-B Common Class B | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 2072. | | | | | Sold | 08/13/18 | J | A | |
| 2073. - Stericycle Inc Common | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting        Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2074. | | | | | Sold | 08/13/18 | J | A | |
| 2075. - Vornado Realty Trust Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 2076. | | | | | Sold | 08/13/18 | J | A | |
| 2077. - HCP, Inc. Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 2078. | | | | | Sold | 08/13/18 | J | A | |
| 2079. - CBS Corporation Common Class B | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 2080. | | | | | Sold (part) | 04/05/18 | J | A | |
| 2081. | | | | | Sold (part) | 05/01/18 | J | | |
| 2082. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 2083. | | | | | Sold | 08/13/18 | J | A | |
| 2084. - Loews Corporation Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 2085. | | | | | Sold (part) | 04/05/18 | J | A | |
| 2086. | | | | | Sold | 06/05/18 | J | | |
| 2087. - WellTower Inc. Common | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 2088. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 2089. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 2090. | | | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2091. - Henry Schein Inc Common Stock | | | | | Buy<br>(add'l) | 04/05/18 | J | | |
| 2092. | | | | | Sold | 08/13/18 | J | A | |
| 2093. - Vanguard Index Funds Vanguard Total<br>STK MKT ETF | D | Dividend | | | Buy | 09/11/18 | P1 | | |
| 2094. | | | | | Sold | 12/04/18 | P1 | | |
| 2095. - Edison International | A | Dividend | | | Buy | 02/05/18 | J | | |
| 2096. | | | | | Buy<br>(add'l) | 03/27/18 | J | | |
| 2097. | | | | | Sold | 06/05/18 | J | | |
| 2098. | | | | | Sold | 08/13/18 | J | A | |
| 2099. - Symantec Corporation Cmn | | | | | Buy | 05/01/18 | J | | |
| 2100. | | | | | Sold | 06/05/18 | J | | |
| 2101. - Alaska Air Group Inc(Del Hldg) Cmn | A | Dividend | | | Buy | 05/01/18 | J | | |
| 2102. | | | | | Sold | 08/10/18 | J | | |
| 2103. - Hologic Incorporated Cmn | | | | | Buy | 06/05/18 | J | | |
| 2104. | | | | | Sold | 08/13/18 | J | A | |
| 2105. - T-Mobile US, Inc. Cmn | | | | | Buy | 06/05/18 | J | | |
| 2106. | | | | | Sold | 08/13/18 | J | A | |
| 2107. - Arch Capital Group LTD. Cmn | | | | | Buy | 06/05/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2108. | | | | | Sold | 08/13/18 | J | | |
| 2109. - Kimberly-Clark Corporation Cmn | A | Dividend | | | Buy | 06/05/18 | J | | |
| 2110. | | | | | Sold | 08/13/18 | J | A | |
| 2111. - Hartford Financial Srvcs Group Cmn | | | | | Buy | 08/10/18 | J | | |
| 2112. | | | | | Sold | 08/13/18 | J | | |
| 2113. - Athene Holdings LTD. CMn Class A | | | | | Buy | 08/10/18 | J | | |
| 2114. | | | | | Sold | 08/13/18 | J | | |
| 2115. Investment LLC (35.45% interest) (H) | | | | | | | | | |
| 2116. Undeveloped Tract, Charleston County South Carolina (57.4% interest) | | None | L | W | | | | | |
| 2117. John Hancock Flexible Premium Adjustable Life | D | Interest | O | T | | | | | |
| 2118. Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 2119. - Vanguard FTSE Developed MKTS Common ETF | | | | | Sold | 03/01/18 | L | D | |
| 2120. - Vanguard FTSE European ETF ETF | | | | | Sold | 03/02/18 | K | C | |
| 2121. - GS U.S. Equity Dividend and Premium Fund Institutional Shares | | | | | Sold | 03/02/18 | J | A | |
| 2122. - Wells Fargo & Company LNKD to S&P Banks Select Indus CNTNGNT CPN.. | | | | | | | | | |
| 2123. - Societe Generale LNKD to S&P Banks Select Indus CNTNGNT CPN... | | | | | Buy (add'l) | 02/22/18 | L | | |
| 2124. | | | | | Buy (add'l) | 02/22/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

Richardson, Julius N.                    05/14/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2125. - JPMorgan Chase & Co. Linked to Euro Stoxx 50 PR Upside Levered.. | | | | | Matured | 03/22/18 | L | D | |
| 2126. - JPMorgan Chase & Co. Lnkd to S&P Banks Select Insud Due 2/21/2018 | | | | | Matured | 02/21/18 | L | D | |
| 2127. - Societe Generale Lnkd to S&P Banks Select Indus Due 2/21/2018 | | | | | Matured | 02/21/18 | L | D | |
| 2128. Trust #7 (H) | | | | | | | | | |
| 2129. - 21st Century Fox | A | Dividend | | | Buy | 09/20/18 | J | | |
| 2130. | | | | | Sold | 10/15/18 | J | | |
| 2131. - 3M Co Common | A | Dividend | K | T | | | | | |
| 2132. - Abbive Inc Common | A | Dividend | | | Sold (part) | 02/22/18 | J | D | |
| 2133. | | | | | Sold | 04/19/18 | K | D | |
| 2134. - Accenture PLC Cl A Common Ireland | A | Dividend | J | T | | | | | |
| 2135. - Actavis Funding SCS SR Unsecd NT Luxembourg DTD 3/12/15 | A | Dividend | K | T | Sold (part) | 03/12/18 | K | | |
| 2136. | | | | | Buy (add'l) | 03/19/18 | K | | |
| 2137. - Ameren Corp COM | A | Dividend | K | T | Buy | 04/19/18 | J | | |
| 2138. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 2139. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2140. - Altria Group Inc Common | B | Dividend | K | T | | | | | |
| 2141. - American Elec Pwr Inc Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

Page 129 of 150

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2142. - American Intl Group Inc SR Unsecd NT Call 6/16/19 @ 100 DTD | B | Dividend | K | T | | | | | |
| 2143. - American Tower Corp | A | Dividend | | | Buy (add'l) | 02/22/18 | J | | |
| 2144. - Anderson S C WTR & SWR SYS Rev Bonds | D | Dividend | M | T | | | | | |
| 2145. - Anheuser-Busch Inbev Fin Inc SR Unsecd NT Call 1/01/21 | A | Dividend | J | T | Buy | 01/12/18 | K | | |
| 2146. | | | | | Sold (part) | 12/12/18 | J | | |
| 2147. - Appalachian St Univ NC Rev Ref-Gen-Ser A | B | Dividend | L | T | | | | | |
| 2148. - Apple Inc Common | B | Dividend | L | T | | | | | |
| 2149. - Artisan International Fund | E | Dividend | N | T | | | | | |
| 2150. - Artisan International Value Fund | D | Dividend | N | T | | | | | |
| 2151. - AT&T BD DTD 2/01/08 5.500% Due 2/01/18 | A | Dividend | K | T | | | | | |
| 2152. - AT&T Inc Common | B | Dividend | | | Buy | 01/10/18 | K | | |
| 2153. | | | | | Sold (part) | 02/01/18 | K | | |
| 2154. | | | | | Buy (add'l) | 02/05/18 | K | | |
| 2155. | | | | | Sold (part) | 06/28/18 | K | | |
| 2156. | | | | | Sold (part) | 08/03/18 | J | | |
| 2157. | | | | | Sold (part) | 11/01/18 | J | | |
| 2158. | | | | | Sold | 12/12/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2159. - Automatic Data Processing Inc Common | A | Dividend | K | T | Sold (part) | 04/19/18 | J | A | |
| 2160. | | | | | Sold (part) | 08/09/18 | J | D | |
| 2161. | | | | | Sold (part) | 08/23/18 | J | C | |
| 2162. - Bank of America Temporary Overnight Deposit | A | Dividend | J | T | | | | | |
| 2163. - Bank New York Mellon Corp. | A | Dividend | | | Buy | 06/28/18 | K | | |
| 2164. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 2165. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2166. | | | | | Sold | 12/12/18 | K | | |
| 2167. | | | | | | | | | |
| 2168. - Baxter Intl Inc COM | | | J | T | Buy | 12/13/18 | J | | |
| 2169. - BB&T Corp Common | A | Dividend | K | T | Buy (add'l) | 04/19/18 | J | | |
| 2170. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 2171. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2172. - Blackrock Inc Class A | A | Dividend | K | T | Sold (part) | 08/09/18 | J | B | |
| 2173. | | | | | Sold (part) | 08/23/18 | J | C | |
| 2174. - Blackrock Liquidity Fedfund Institutional Class | C | Dividend | N | T | | | | | |
| 2175. - Blackrock Small Cap Growth Equity Portfolio CL I | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2176. - Boeing Co Common | C | Dividend | M | T | Sold (part) | 09/06/18 | J | A | |
| 2177. - Boston Properties, LP | A | Dividend | | | Buy | 01/10/18 | K | | |
| 2178. | | | | | Sold | 06/18/18 | K | | |
| 2179. - BP Cap Mkts PLC SR Unsecd Mtn United Kingdom DTD 9/26/13 | B | Dividend | | | Matured | 09/26/18 | K | | |
| 2180. - Barclays PLC Senior Unsecured Note DTD 11/10/14 2.75% Due 11/8/19 | | | K | T | Buy | 03/08/18 | K | | |
| 2181. - Bristol Myers Squibb Co Common | A | Dividend | | | Buy (add'l) | 04/05/18 | J | | |
| 2182. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 2183. | | | | | Sold | 12/12/18 | K | | |
| 2184. - Broadcom LTD Common Singapore | A | Dividend | K | T | Sold (part) | 07/12/18 | J | A | |
| 2185. | | | | | Sold (part) | 08/23/18 | J | A | |
| 2186. - CA, Inc. | A | Dividend | | | Buy | 06/28/18 | J | | |
| 2187. | | | | | Sold | 11/05/18 | J | C | |
| 2188. - Capital One Natl Assn Mclean V | A | Dividend | K | T | Buy | 03/01/18 | K | | |
| 2189. - Celegene Corp SR Unsecd NT Call 5/15/25 @ 100 DTD 8/12/15 3.875% Due | A | Dividend | K | T | | | | | |
| 2190. - Charleston SC Wtrwks & SWR Re Rev BDS-OID DTD 5/26/09 | C | Dividend | | | Matured | 02/12/18 | M | B | |
| 2191. - Charlotte-Mecklenburg Hosp Aut Ref Rev BDS DTD 11/22/16 | B | Dividend | L | T | | | | | |
| 2192. - Chase Issuance TR 2015-a4 CL a DTD 5/1/15 1.840% Due 4/15/22 | A | Dividend | K | T | Buy | 10/05/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2193. - Chevron Corp Common | B | Dividend | K | T | Buy (add'l) | 02/22/18 | J | | |
| 2194. | | | | | Sold (part) | 03/02/18 | K | A | |
| 2195. | | | | | Sold (part) | 04/10/18 | J | A | |
| 2196. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 2197. - Chevron Corp New SR Unsecd NT DTD 3/03/15 1.365% Due 3/02/18 | A | Dividend | | | Matured | 03/02/18 | K | A | |
| 2198. - Chevron Corp New SR Unsecd NT DTD 11/17/15 1.790% Due 11/16/18 | A | Dividend | | | Matured | 11/16/18 | M | | |
| 2199. - Chubb LTD Common Switzerland | A | Dividend | K | T | | | | | |
| 2200. - Cisco SYS Inc Common | B | Dividend | L | T | Buy (add'l) | 04/19/18 | J | | |
| 2201. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2202. - CitiGroup Inc SR Unsecd NT DTD 07/29/14 2.500% Due 7/29/19 | A | Dividend | K | T | | | | | |
| 2203. - CME Group Inc Common | B | Dividend | K | T | Sold (part) | 04/19/18 | J | B | |
| 2204. | | | | | Sold (part) | 06/28/18 | J | D | |
| 2205. | | | | | Sold (part) | 08/23/18 | J | C | |
| 2206. - CMS Energy Corp Common | A | Dividend | K | T | | | | | |
| 2207. - Coca Cola European Partners PLC Common United Kingdom | A | Dividend | | | Buy (add'l) | 01/10/18 | J | | |
| 2208. | | | | | Sold (part) | 08/09/18 | J | A | |
| 2209. | | | | | Sold | 08/10/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 134 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS –– *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2210. - Cohen & Steers Institutional Realty Shares | D | Dividend | | | Sold | 12/14/18 | M | | |
| 2211. - College Station Tex Go Refunds Bonds DTD 07/01/16 5% Due 02/15/26 | A | Dividend | L | T | Buy | 04/12/18 | L | | |
| 2212. - Columbia Select Large Cap Growth Fund Instl3 Cl | F | Dividend | M | T | | | | | |
| 2213. - Comcast Corp New CL A Common | A | Dividend | K | T | | | | | |
| 2214. - Comcast Corp Unsecured Senior Note Dtd 10/5/18 3.3% Due 10/1/20 | | | L | T | Buy | 10/10/18 | L | | |
| 2215. - ConocoPhillips | A | Dividend | | | Buy | 05/17/18 | J | | |
| 2216. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 2217. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2218. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 2219. | | | | | Sold | 12/12/18 | K | | |
| 2220. - Constellation Brands Inc | A | Dividend | K | T | Buy | 03/21/18 | K | | |
| 2221. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 2222. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 2223. - Credit Suisse Commodity-Return | D | Dividend | M | T | | | | | |
| 2224. - Crown Castle Intl Corp Reits | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 2225. | | | | | Sold (part) | 04/19/18 | J | | |
| 2226. - Cummins Inc Common | A | Dividend | | | Sold | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 135 of 150 | Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2227. - CVS Health Corp Common | A | Dividend | | | Buy (add'l) | 01/10/18 | K | | |
| 2228. | | | | | Sold | 03/09/18 | K | A | |
| 2229. - Delaware Natl High-Yield Mun BD Fun CL I | A | Dividend | | | Sold | 02/09/18 | L | D | |
| 2230. - Digital Rlty Tr Inc Reits | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 2231. - Disney Walt Co Common Disney | A | Dividend | K | T | | | | | |
| 2232. - District Clumbia Hosp Rev Ref BDS DTD 9/17/15 05.000 Due 7/15/25 | C | Dividend | L | T | | | | | |
| 2233. - Dominion Energy Inc Common | A | Dividend | J | T | | | | | |
| 2234. - Dowdupont Inc Common | A | Dividend | K | T | Buy (add'l) | 08/09/18 | J | | |
| 2235. - Duke Rlty Corp Common NEW | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 2236. - Equity Lifestyle PPTYS Inc Reits | A | Dividend | | | Sold (part) | 07/27/18 | J | A | |
| 2237. | | | | | Sold | 07/30/18 | J | A | |
| 2238. - Essex PPTY TR Inc Common | A | Dividend | | | Sold (part) | 02/22/18 | J | | |
| 2239. | | | | | Sold | 02/23/18 | J | | |
| 2240. - Eversource Energy Common | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 2241. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2242. - Excelsior Private Markets Fund III (TI) LLC Valuation DTD 12/29/17 | D | Dividend | M | T | | | | | |
| 2243. - Exxon Mobil Corp Common | B | Dividend | | | Sold | 02/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2244. - Federal Home LN MTG Corp Pool | B | Dividend | K | T | | | | | |
| 2245. - Federal Home LN MTG Corp Ser 4068 | A | Dividend | K | T | | | | | |
| 2246. - Federal Home LN MTG Corp Ser 4322 | B | Dividend | K | T | | | | | |
| 2247. - Federal Natl Assn Pool #AL1193 | B | Dividend | L | T | | | | | |
| 2248. - Federal Natl MTG Assn Pool #AL5883 | B | Dividend | K | T | | | | | |
| 2249. - Federal Natl MTG Assn Pool #AW7402 | A | Dividend | K | T | | | | | |
| 2250. - Federal Natl MTG Assn Pool #AS2947 DTD 6/1/14 4% DUE 7/1/44 | C | Dividend | L | T | Buy | 02/13/18 | M | | |
| 2251. - Federal Natl MTG Assn Pool #BM1880 DTD 10/1/17 | B | Dividend | L | T | Buy | 02/13/18 | L | | |
| 2252. - Federated Strategic Value Fund Instl | F | Dividend | O | T | | | | | |
| 2253. - Fidelity Natl Information SVCS Inc Unsecd SR NT C7/15/25 | A | Dividend | J | T | | | | | |
| 2254. - Franklin Ftlg Rate Daily Access Fund Cl AD | C | Dividend | L | T | | | | | |
| 2255. - Ford Motor Company | A | Dividend | | | Buy | 03/12/18 | K | | |
| 2256. | | | | | Sold | 10/10/18 | K | | |
| 2257. - General Dynamics Corp Common | A | Dividend | K | T | Sold (part) | 09/28/18 | J | B | |
| 2258. - General Elec Co Common | A | Dividend | J | T | | | | | |
| 2259. - General MLS Inc Common | A | Dividend | | | Sold | 03/09/18 | K | | |
| 2260. - General Motors Co. | A | Dividend | | | Buy | 04/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2261. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 2262. | | | | | Sold | 12/12/18 | J | | |
| 2263. - General MTRS Final Co Inc. | A | Dividend | K | T | Buy | 04/03/18 | K | | |
| 2264. - Genuine Parts Co Common | A | Dividend | | | | | | | |
| 2265. - Georgetown Cnty SC Go Ref Bonds | D | Dividend | M | T | | | | | |
| 2266. - Goldman Sachs Group Inc Unsecd SR NT Call 11/25/25 @ 100 DTD 2/25/16 | A | Dividend | K | T | | | | | |
| 2267. - General MTRS Finl Co Inc | A | Dividend | K | T | Sold (part) | 04/03/18 | K | | |
| 2268. - Gilead Sciences | A | Dividend | | | Buy | 04/19/18 | J | | |
| 2269. | | | | | Sold | 12/12/18 | J | | |
| 2270. - Hershey Co COM | A | Dividend | J | T | Buy | 09/20/18 | J | | |
| 2271. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 2272. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 2273. - Home Depot Inc Common | B | Dividend | K | T | Sold (part) | 01/25/18 | J | C | |
| 2274. | | | | | Sold (part) | 04/19/18 | J | D | |
| 2275. | | | | | Sold (part) | 09/06/18 | J | D | |
| 2276. - Honeywell Intl Inc Common | A | Dividend | K | T | | | | | |
| 2277. - Ingersoll-Rand Co LTD Common Ireland | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2278. - Intel Corp Common | B | Dividend | K | T | Buy (add'l) | 04/19/18 | J | | |
| 2279. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2280. - International Business Machs | A | Dividend | | | Buy | 04/19/18 | J | | |
| 2281. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 2282. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 2283. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 2284. | | | | | Sold | 12/12/18 | K | | |
| 2285. - International Paper Co Common | A | Dividend | | | Sold | 04/05/18 | J | | |
| 2286. - IShares Core MSCI EAFE ETF | B | Dividend | L | T | Buy | 12/17/18 | M | | |
| 2287. - Ishares Core MSCI Emerging Mkts ETF | D | Dividend | N | T | | | | | |
| 2288. - JPMorgan Chase & Co Common | B | Dividend | L | T | Buy (add'l) | 01/25/18 | J | | |
| 2289. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 2290. - Janus Enterprise Fund CL I | D | Dividend | M | T | | | | | |
| 2291. - Johnson & Johnson Common | C | Dividend | M | T | Buy (add'l) | 02/22/18 | J | | |
| 2292. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 2293. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 2294. - JPMorgan Chase & Co Unsecd SR NT DTD 1/25/13 3.2% Due 1/25/23 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 139 of 150

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2295. - JPMorgan TR I Emerging Mkts Equity FD Select | A | Dividend | K | T | | | | | |
| 2296. - Kellogg Co Common | A | Dividend | | | Buy (add'l) | 03/09/18 | J | | |
| 2297. | | | | | Sold | 12/12/18 | K | | |
| 2298. - Kimberly Clark Corp Common | A | Dividend | K | T | | | | | |
| 2299. - KLA-Tencor Corp Common | A | Dividend | | | Sold | 12/12/18 | J | | |
| 2300. - Lake Cnty ILL Go Sales Tax Alt Rev Source REF DTD 4/23/18 | B | Dividend | L | T | Buy | 04/23/18 | L | | |
| 2301. - LAM Research Corp Common | A | Dividend | J | T | Buy (add'l) | 11/15/18 | J | | |
| 2302. - Lancaster PA Go BDB DTD 4/7/16 05.000 Due 11/01/24 | B | Dividend | L | T | | | | | |
| 2303. - Lexington Cnty SC Rural Rec D Go Ref BDS DTD 2/20/14 | C | Dividend | M | T | | | | | |
| 2304. - Lilly Eli & Co Common | A | Dividend | K | T | Buy (add'l) | 04/05/18 | J | | |
| 2305. - Lockheed Martin Corp Common | B | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 2306. - Lockheed Martin Corp Sr Unsecd NT DTD 11/23/15 1.850% Due 11/23/18 | A | Dividend | | | Matured | 11/23/18 | K | | |
| 2307. - Lyondellbasell Industries NC Cl A Common Netherlands | A | Dividend | | | Buy (add'l) | 08/09/18 | J | | |
| 2308. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 2309. | | | | | Sold | 12/12/18 | J | | |
| 2310. - Marsh & McLennan Cos Inc Common | A | Dividend | K | T | | | | | |
| 2311. - McDonalds Corp Common | A | Dividend | K | T | Sold (part) | 01/25/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2312. - Medtronic Inc Unsecd SR GBL NT DTD 3/15/15 | A | Dividend | | | Matured | 03/15/18 | K | | |
| 2313. - Medtronic PLC Common Ireland | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 2314. - Merck & Co Inc New Common | B | Dividend | L | T | Buy (add'l) | 08/23/18 | J | | |
| 2315. - MFS Value Fund Cl I | C | Dividend | L | T | | | | | |
| 2316. - Microsoft Corp Common | B | Dividend | L | T | Sold (part) | 04/19/18 | K | E | |
| 2317. | | | | | Sold (part) | 06/28/18 | J | D | |
| 2318. | | | | | Sold (part) | 08/23/18 | J | D | |
| 2319. - Milwaukee Wisconsin GO Bonds | B | Interest | L | T | Buy | 02/12/18 | L | | |
| 2320. - Mississippi Dev BK SPL Oblig | B | Interest | L | T | Buy | 03/01/18 | L | | |
| 2321. - Morgan Stanley Sr Unsecd Gmnt DTD 7/23/15 4% Due 7/23/25 | A | Dividend | K | T | | | | | |
| 2322. - New York NY GO BDS DTD 5/27/16 05.000 Due 8/01/25 | C | Dividend | L | T | | | | | |
| 2323. - Nextera Energy Inc Common | A | Dividend | K | T | Sold (part) | 09/20/18 | J | C | |
| 2324. - Northern TR Corp Common | A | Dividend | | | Sold | 04/19/18 | K | D | |
| 2325. - Oconee Cnty SC Go BDS DTD 6/16/11 03.000 Due 4/01/18 | B | Dividend | | | Matured | 04/01/18 | M | | |
| 2326. - Ohio St Dept Administrative SV Cops DTD 11/02/16 05.000 Due 9/01/24 | B | Dividend | L | T | | | | | |
| 2327. - Packaging Corp Amer | A | Dividend | | | Buy | 08/09/18 | J | | |
| 2328. | | | | | Sold | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 141 of 150

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2329. - Parker Hannifin Corp Common | A | Dividend | K | T | Buy (add'l) | 09/06/18 | J | | |
| 2330. - Pennsylvania ST TPK Common TPK REV BDS DTD 10/11/17 | B | Dividend | L | T | | | | | |
| 2331. - Pepsico Inc Common | B | Dividend | L | T | | | | | |
| 2332. - Pfizer Inc Common | B | Dividend | L | T | Buy (add'l) | 04/19/18 | J | | |
| 2333. - PG&E Corp Common | A | Dividend | | | | | | | |
| 2334. - Philip Morris Intl Inc Common | C | Dividend | L | T | Buy (add'l) | 03/09/18 | J | | |
| 2335. | | | | | Sold (part) | 10/18/18 | J | | |
| 2336. - PNC Finl Svcs Group Inc Common | A | Dividend | K | T | Buy (add'l) | 01/25/18 | J | | |
| 2337. | | | | | Sold (part) | 06/18/18 | K | A | |
| 2338. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 2339. | | | | | Sold (part) | 08/23/18 | J | | |
| 2340. - Price T Rowe Group Inc Common | A | Dividend | J | T | Sold (part) | 08/09/18 | J | B | |
| 2341. | | | | | Sold (part) | 08/23/18 | J | B | |
| 2342. - Principal Finl Group Inc | A | Dividend | | | Buy | 08/23/18 | J | | |
| 2343. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 2344. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 2345. | | | | | Sold | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2346. - Procter & Gamble Co Common | B | Dividend | L | T | | | | | |
| 2347. - Prudential Global Real Estate Fund CL Z | B | Dividend | K | T | | | | | |
| 2348. - Prudential Jennison Mid-Cap Growth Fund Inc CL Q | E | Dividend | | | Sold | 12/11/18 | M | D | |
| 2349. - Public Storage Inc Common (REIT) | A | Dividend | K | T | | | | | |
| 2350. - Regions BK Birmingham ALA | A | Interest | K | T | Buy | 04/03/18 | K | | |
| 2351. - South Carolina Jobs-Economic D Ref Impt Bds DTD 6/28/18 | A | Dividend | L | T | Buy | 06/28/18 | L | | |
| 2352. - Sonoco Prods Co Common | A | Dividend | J | T | | | | | |
| 2353. - Southern Co Common | A | Dividend | J | T | | | | | |
| 2354. - Stanley Black & Decker Inc Common | A | Dividend | K | T | Buy (add'l) | 12/13/18 | J | | |
| 2355. - Sullivan Cnty Tenn Go SCH BDS DTD 3/30/17 05.000 Due 5/01/24 | B | Dividend | L | T | | | | | |
| 2356. - Suncor Energy Inc New Common Canada | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 2357. | | | | | Sold (part) | 08/23/18 | J | A | |
| 2358. - Suntrust Bks Inc SR Unsecd NT Call 10/01/18 @ 100 DTD 10/25/13 | A | Dividend | | | Matured | 11/01/18 | K | | |
| 2359. - Suntrust Bk Atl GA Unsecd Med Term SR BK NT C10/26/20 | | | L | T | Buy | 11/05/18 | J | | |
| 2360. | | | | | Buy (add'l) | 11/29/18 | K | | |
| 2361. - Tampa Fla Sports Authority Revenue Bonds | B | Interest | L | T | Buy | 02/12/18 | L | | |
| 2362. - Texas Instrs Inc Common | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2363. - TJX Cos Inc New Common | A | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |
| 2364. | | | | | Sold (part) | 09/06/18 | J | B | |
| 2365. - Union Pac Corp Common | B | Dividend | L | T | Buy (add'l) | 02/09/18 | J | | |
| 2366. - United States Treas NT DTD 1/16/18 2% Due 1/15/21 | A | Dividend | | | Redeemed | 03/29/18 | K | A | |
| 2367. - United States Treas NT DTD 1/31/18 2.375% Due 1/31/23 | A | Dividend | | | Redeemed | 03/01/18 | K | | |
| 2368. - United States Treas NT DTD 2/16/16 1.625% Due 2/15/26 | A | Dividend | | | Redeemed | 02/12/18 | K | | |
| 2369. - United States Treas NT DTD 2/28/17 2.125% Due 2/29/24 | A | Dividend | | | Redeemed | 02/01/18 | K | | |
| 2370. - United States Treas BT DTD 5/02/16 .750% Due 4/30/18 | A | Dividend | | | Redeemed | 03/12/18 | K | | |
| 2371. - United States Treas NT DTD 8/15/15 2% Due 8/15/25 | A | Dividend | | | Redeemed | 01/31/18 | K | | |
| 2372. - United States Treas NT DTD 5/15/17 2.375% Due 5/15/27 | A | Dividend | | | Redeemed | 02/12/18 | K | | |
| 2373. - United States Treas NT DTD 12/15/16 1.3758% Due 12/15/19 | A | Dividend | | | Redeemed | 01/31/18 | K | | |
| 2374. - United States Treas NT Inflation Index DTD 7/29/16 .125% Due 7/15/26 | A | Dividend | | | Redeemed | 02/01/18 | K | A | |
| 2375. - United Technologies Corp Common | A | Dividend | K | T | Sold (part) | 02/09/18 | J | B | |
| 2376. - Unitedhealth Group Inc Common | A | Dividend | J | T | Sold (part) | 04/19/18 | J | D | |
| 2377. | | | | | Sold (part) | 08/23/18 | J | C | |
| 2378. - US Bancorp Del Common New | A | Dividend | K | T | Buy (add'l) | 01/25/18 | J | | |
| 2379. | | | | | Buy (add'l) | 04/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2380. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 2381. - UST Global Private Markets Fund LLC | F | Dividend | M | T | | | | | |
| 2382. - Valero Energy Corp New Common | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 2383. - Vanguard FTSE Developed Markets ETF | B | Dividend | | | Buy (add'l) | 01/22/18 | J | | |
| 2384. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 2385. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 2386. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 2387. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 2388. | | | | | Sold | 12/17/18 | J | | |
| 2389. - Vanguard Growth ETF | D | Dividend | N | T | | | | | |
| 2390. - Vanguard Dividend Appreciation Index Fund | B | Dividend | M | T | Buy | 12/12/18 | M | | |
| 2391. - Vanguard High Dividend Yield ETF | | | | | Sold | 01/10/18 | L | B | |
| 2392. - Vanguard Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 2393. - Vanguard Mid-Cap Growth Index Fund | A | Dividend | L | T | Buy | 12/12/18 | M | | |
| 2394. - Vanguard Real Estate ETF | D | Dividend | N | T | Buy (add'l) | 12/17/18 | M | | |
| 2395. - Vanguard Small-Cap ETF | A | Dividend | L | T | | | | | |
| 2396. - Victory Small Co Oppty Fund CL I SHS | E | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2397. - Virtus Ceredex Mid Cap Value Equity Fund Cl I | E | Dividend | M | T | | | | | |
| 2398. - Visa Inc Unsecd SR nT Call 9/14/25 @ 100 DTD 12/14/15 | A | Dividend | | | Sold | 02/01/18 | K | | |
| 2399. - Walmart Inc Common | A | Dividend | K | T | Buy (add'l) | 03/09/18 | J | | |
| 2400. | | | | | Sold (part) | 09/20/18 | J | A | |
| 2401. - Waste MGMT Inc Del Common | A | Dividend | K | T | | | | | |
| 2402. - WEC Energy Group Inc Common | A | Dividend | K | T | | | | | |
| 2403. - Wells Fargo & Co New Common | B | Dividend | K | T | Buy (add'l) | 01/25/18 | J | | |
| 2404. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 2405. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 2406. - Wells Fargo BK NA San Francisco CA Unsecd Medium Term | B | Dividend | K | T | | | | | |
| 2407. - Westpac Bkg Corp SR Unsecd NT Australia DTD 11/23/15 | B | Dividend | K | T | | | | | |
| 2408. - WFRBS Coml MTG TR 2014-C19 Coml MTG Passthru | A | Dividend | L | T | Buy | 05/11/18 | L | | |
| 2409. - Xcel Energy Inc Com | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 2410. - York Cnty SC SCH Dist NO 003 Go Ref Bonds | C | Dividend | M | T | | | | | |
| 2411. - Class Action Proceeds for AIG (2004) | A | Distribution | | | | | | | |
| 2412. - Class Action Proceeds for Merck (2003) | A | Distribution | | | | | | | |
| 2413. Trust #8 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2414. - Acco Brands Corp Common | A | Dividend | J | T | | | | | |
| 2415. - Bank of America Temporary Overnight Deposit | A | Dividend | K | T | | | | | |
| 2416. - Blackrock Treasury Trust Fund Institutional Class | B | Dividend | M | T | | | | | |
| 2417. - Chemours Co Common | A | Dividend | J | T | | | | | |
| 2418. - Dominion Energy Inc Common | C | Dividend | L | T | | | | | |
| 2419. - Dowdupont Inc Common | B | Dividend | L | T | | | | | |
| 2420. - Exelon Corp Common | A | Dividend | K | T | | | | | |
| 2421. - Exxon Mobil Corp Common | D | Dividend | M | T | | | | | |
| 2422. - Fortune Brands Home & Sec Inc Common | A | Dividend | K | T | | | | | |
| 2423. - Texas Pac LC TR SUB CTF Prop 1 T | D | Dividend | P1 | T | Sold (part) | 03/09/18 | M | G | |
| 2424. - Universal Corp VA Common | C | Dividend | L | T | | | | | |
| 2425. Insurance Trust #1 (H) | | | | | | | | | |
| 2426. - Prudential Whole Life | C | Dividend | L | T | | | | | |
| 2427. Insurance Trust #2 (H) | | | | | | | | | |
| 2428. - Genworth Universal Life | D | Interest | M | T | | | | | |
| 2429. Trust #9 (H) | | | | | | | | | |
| 2430. - Vacation Property, Colleton County, South Carolina (33.3% interest) | | | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2431. -- Goldman Sachs Bank USA Deposit | A | Interest | | | | | | | |
| 2432. Real Estate LLC #1 (H) | | | | | | | | | |
| 2433. - Undeveloped Tract, Charleston County, South Carolina | | None | M | W | | | | | |
| 2434. Goldman Sachs - Cash Account | A | Interest | J | T | | | | | |
| 2435. Real Estate LLC #2 (33.3% interest) (H) | | | | | | | | | |
| 2436. - Undeveloped Tracts A through D, Barnwell County, South Carolina | | | K | W | | | | | |
| 2437. - Undeveloped Tracts A through H, Bamberg County, South Carolina | B | Rent | K | W | | | | | |
| 2438. Goldman Sachs - Cash Account | A | Interest | M | T | | | | | |
| 2439. Real Estate LLC #3 (32.1% interest) (H) | | | | | | | | | |
| 2440. - Vacation Property, Colleton County | | None | N | W | | | | | |
| 2441. First Citizens Bank - Cash Account | A | Interest | K | T | | | | | |
| 2442. Real Estate Corporation (16.6% interest) (H) | | | | | | | | | |
| 2443. - Undeveloped Tracts A, B, C, D, Barnwell County, South Carolina | A | Rent | L | W | | | | | |
| 2444. First Citizens Bank - Cash Account | A | Interest | J | T | | | | | |
| 2445. Undeveloped Land, Barnwell County, South Carolina #1 (33.3% interest) | A | Rent | K | W | | | | | |
| 2446. Undeveloped Land, Barnwell County, South Carolina #2 (20% interest) | | None | L | W | | | | | |
| 2447. Undeveloped Land, Barnwell County, South Carolina #3 (16.6% interest) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 148 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2448. Undeveloped Land, Barnwell County, South Carolina #4 (25% interest) | A | Rent | J | W | | | | | |
| 2449. Undeveloped Land, Bamberg County, South Carolina #1 (25% interest) | | None | J | W | | | | | |
| 2450. Undeveloped Land, Bamberg County, South Carolina #2 (50% interest) | | None | K | W | | | | | |
| 2451. Undeveloped Land, Bamberg County, South Carolina #3 (50% interest) | | None | J | W | | | | | |
| 2452. Undeveloped Land, Bamberg County, South Carolina #4 (50% interest) | | None | J | W | | | | | |
| 2453. Undeveloped Land, Florence County, South Carolina (16.6% interest) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Julius N. Richardson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544